IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH RAY CREEL,
                 Plaintiff,

         v.
                                                       **Judgment in a Civil Case**

GARY JUNKER, DR. ARTHUR
CAMPBELL, DEBRA FITZGERALD,
VALERIE LANGLEY, JOHN DOE 1,
WARDEN JONES, WARDEN HERRING,
DR. LEWIS, DR. FAULCON, NURSE
WEBB, JANE DOE 2, JOHN AND JANE
DOES 3-36
                   Defendants.
                                             Case Number: 5:23-CT-3243-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion -for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' John Doe 1, Warden Jones, Warden Herring, Dr. Lewis, Dr. Faulcon, Nurse Webb, Jane Doe 2, John and Jane Does 3-36 having been previously dismissed, that the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on May 7, 2025, with service on:
Kenneth Ray Creel   1558805
Pender Correctional Institution
P.O. Box 1058
Burgaw, NC 28425                     (via U.S. Mail)

Ripley Eagles Rand, Emmett J. Whelan, and
Jennifer D. Maldonado            (via CM/ECF Notice of Electronic Filing)

May 7, 2025
                                  Peter A. Moore, Jr.
                                     Clerk of Court

                                     By:
                                     Deputy Clerk